1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for federal Defendants

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 HARMINDER SINGH,                   CASE NO. 2:22-CV-01027-JAM-DB

12                Plaintiff,          STIPULATION AND ORDER FOR THIRD
                                      EXTENSION OF TIME
13         v.

14 EMILIA BARDINI, ET AL.,

15                Defendants.

16

17

18     The United States respectfully requests an additional 60-day extension of time in which to

19 respond to the Complaint, and counsel for plaintiff does not oppose.

20     This case concerns Plaintiff's asylum application, which has been filed with the San Francisco

21 Asylum office. The parties are engaged a negotiated settlement and need additional time.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                    1

The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is January 27, 2023.  The parties further request that all other filing deadlines be similarly extended.

                Respectfully submitted,

Dated:  November 28, 2022        PHILLIP A. TALBERT
                              United States Attorney

                            By:  /s/ ELLIOT C. WONG
                                   ELLIOT C. WONG
                                   Assistant United States Attorney

                                   /s/ JOSEPH JOHN SIGUENZA
                                   JOSEPH JOHN SIGUENZA
                                   Counsel for Plaintiff

## ORDER

IT IS SO ORDERED.

Dated:  November 29, 2022        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE