PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMINDER SINGH,<br><br>         Plaintiff,<br><br>   v.<br><br>EMILIA BARDINI, ET AL.,<br><br>         Defendants. | CASE NO. 2:22-CV-01027-JAM-DB<br><br>STIPULATION AND ORDER FOR FOURTH EXTENSION OF TIME |

    The United States respectfully requests an additional 30-day extension of time in which to respond to the Complaint, and counsel for plaintiff does not oppose.

    This case concerns Plaintiff's asylum application, which has been filed with the San Francisco Asylum office. The parties are engaged a negotiated settlement and need additional time. Defendants anticipate that this will be the final request for an extension of time in which to file an answer. If the parties are unable to reach a negotiated settlement shortly, Defendants will be prepared to file dispositive motions.

///

///

///

///

The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is February 27, 2023. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: January 27, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JOSEPH JOHN SIGUENZA
JOSEPH JOHN SIGUENZA
Counsel for Plaintiff

ORDER

**IT IS SO ORDERED.**

Dated: January 27, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE